IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL DENNISON,

    Petitioner,

v.                                       Case No. 1:18cv72-MW/CAS

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition, ECF No. 1 is **DISMISSED** without prejudice for Petitioner's failure to comply with a court order. All pending motions are **DENIED**." The Clerk shall close the file.

**SO ORDERED** on October 17, 2018.

                                        s/Mark E. Walker
                                        **Chief United States District Judge**